Curtis Wayne BOZEMAN *v.* STATE of Arkansas

CR 92-19                                                    821 S.W.2d 48

Supreme Court of Arkansas
Opinion delivered January 21, 1992

*Robert P. Remet*, for appellant.

No response.

PER CURIAM. Petitioner, Curtis Wayne Bozeman, by his attorney, Robert P. Remet, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.